IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICKY LEE TAYLOR,

    Petitioner,

v.                                                              CASE NO. 4:05-cv-00403-MP-AK

MONICA DAVID,
FREDERICK B. DUNPHY,
FLORIDA PAROLE COMMISSION,
TENA M. PATE,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Ricky Lee Taylor. Petitioner has paid the filing fee. The Court has reviewed the petition, and Respondents will now be required to file an answer or other pleading within the time set by this order. *See* § 2254 Rules 4 and 5. If an answer is filed, it shall be in compliance with § 2254 Rule 5. If a response is filed which raises a procedural argument not going to the merits, Respondents may await a ruling on that defense before filing an answer on the merits. Alternatively, Respondents may proceed directly to the merits without necessarily waiving the exhaustion requirement. *See* 28 U.S.C. §§ 2254(b)(2) and 2254(b)(3).

Petitioner may file a response to Respondents' arguments within the time set by this order, but he is not required to do so. Upon receipt of the Respondents' arguments and

Petitioner's response (if any), the court will review the file to determine whether an evidentiary hearing is required. An evidentiary hearing will not be required unless consideration of disputed evidence outside the state court record appears necessary to the court. If it is determined that an evidentiary hearing is not required, the court will dispose of the petition as justice requires pursuant to § 2254 Rule 8(a).

Accordingly, it is **ORDERED:**

1. The clerk shall furnish by certified mail, return receipt requested, a copy of this order and the § 2254 petition (Doc. 1) to Respondents and the Attorney General of the State of Florida. Respondents shall file an answer or other pleading on or **March 10, 2006**;

2. Petitioner shall have until **April 10, 2006**, to file a response, if desired..

**DONE AND ORDERED** this   *10th*   day of January, 2006.

s/ A. *KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**